## STROBEL v. MOSER ET AL.

1. **Evidence**: ERROR IN ADMISSION OF: PREJUDICE PRESUMED. Error in the admission of evidence, where objection is made, will be presumed to have been prejudicial to appellant, unless the record negatives such presumption.

*Appeal from Dubuque Circuit Court.*

FRIDAY, OCTOBER 29.

ACTION on a promissory note executed by the defendant Moser, payable to the plaintiff. The defendant indorsed the note by writing his name across the back of it, thereby becoming a statutory guarantor, and, as such, a recovery was asked against him. Trial by jury, and judgment for the plaintiff, and the defendant Rath alone appeals.

*S. M. Pollock* and *B. F. Lacy*, for appellant.

*Fouke & Lyon*, for appellee.

SEEVERS, J.—The plaintiff was a witness in his own behalf, and was asked a question in these words: " Is Moser any relation to the defendant Rath?" To this question the appellant objected, because the evidence sought to be elicited was " immaterial and incompetent." The objection was overruled, and the witness answered, "Rath is a brother-in-law of Moser." Counsel for the appellee have failed to indicate for what purpose this evidence was introduced, and we are clearly of the opinion that it is immaterial, and in no respect tended to establish any issue in the case. The only doubt we have is whether there was prejudicial error in admitting it. In *Potter v. Chicago, R. I. & P. R. Co.*, 46 Iowa, 399, it is said: " When there has been error, a presumption of prejudice arises; and, if the record fails to satisfy us that no

prejudice has been caused, then such error cannot be disregarded. This should not be left in serious doubt."

The writer is directed by the court to say that the record has been examined with care, and, after taking into consideration the manner in which the case was tried, as shown by the record, the presumption of prejudice has not been removed. This result has been reluctantly reached, for the reason that we are not prepared to say that there is any other error in the record.

REVERSED.